UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X       **MEMORANDUM OF DECISION**
ANASTASIA PINKHAM,                                                  **AND ORDER**
                                    Plaintiff,                       04-CV-1599 (DRH) (ETB)

            -against-

PROFESSIONAL CLAIMS BUREAU, INC.,
                                    Defendant.
------------------------------------------------------------X

**HURLEY, District Court Judge**:

        On April 6, 2005, United States Magistrate Judge E. Thomas Boyle issued a Report and

Recommendation as to the amount of attorney's fees and costs to be awarded to Plaintiff.

        The Report advised the parties that any party must file objections within 10 days of the

date of the report, and that failure to file objections would result in a waiver of the right to appeal

the final order of this Court.  *See* Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1).  More than 10 days

have elapsed since the Report was served and to date, no party has filed any objections.

        The Court has reviewed the Report and Recommendation of Judge Boyle for clear error,

and the Court concurs in both its reasoning and its result.  Accordingly, the Court adopts the

April 6, 2005 Report and Recommendation in its entirety.

        The Clerk of the Court is directed to enter a judgment in favor of the Plaintiffs against the

Defendant in the amount of $2,020.00.  Upon entry of the judgment, the Clerk of the Court is

directed to close the case.

        **SO ORDERED.**
Dated:  Central Islip, N.Y.
            May 2, 2005


                                    _/s_____
                                    Denis R. Hurley,
                                    United States District Judge